

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2015

No. 04-15-00460-CR

Gary **CASTILLO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR8212
Honorable Ron Rangel, Judge Presiding

# O R D E R

Amy H. Alvarado's notification of late record is GRANTED. The reporter's record is due on or before November 3, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court